## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC S. PAVLACK, on behalf of himself and all others similarly situated, | CASE NO. 1:17-cv-2935-WTL-MJD |
| Plaintiff, | CLASS ACTION |
| v. | |
| ROYAL ADMINISTRATION SERVICES, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

The parties, by their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this matter, without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ G. John Cento
G. John Cento
Cento Law, LLC
5915 N. College Ave.
Indianapolis, Indiana 46220
(317) 908-0678
*Counsel For Plaintiff &
Proposed Plaintiff Class*

/s/ *Craig W. Wiley (with consent)*
Craig W. Wiley
Jackson Lewis, P.C.
201 N. Pennsylvania St., Ste. 1700
Indianapolis, IN 46204
(317) 489-6930
*Counsel for Defendant*

## Certificate of Service

      I hereby certify that the foregoing was filed electronically on May 22, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               *s/ G. John Cento*
                                               G. John Cento