# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC S. PAVLACK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROYAL ADMINISTRATION SERVICES, INC.,<br><br>    Defendant. | CASE NO. 1:17-cv-2935-WTL-MJD<br><br>CLASS ACTION |

## ORDER OF DISMISSAL

This matter comes before the Court on the parties' Joint Stipulation of Dismissal. The Court, having reviewed that Stipulation, and otherwise being duly advised, hereby dismisses this matter, without prejudice, with each party to bear its own costs.

Date:  5/23/18

_/s/ William T. Lawrence_____
Judge, United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.